[No. 28326-0-I. Division One. January 19, 1993.]

DONNA M. CRAWFORD, *Respondent*, v. BARBARA MARIE REQUA, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-06277-0, Paul D. Hansen, J., entered

1038

April 5, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Agid, JJ.